UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**06-81141**

VITACOST.COM, INC.,                         §
                                            §     Civil Action No.:_____
          Plaintiff,                        §
                                            §     CIV-MIDDLEBROOKS
                                            §
v.                                          §          MAGISTRATE JUDGE
                                            §              ~ JOHNSON
GAIA HERBS, INC.                            §
                                            §
                                            §
          Defendant.                        §

## DEFENDANT'S NOTICE OF REMOVAL

COMES NOW, Defendant Gaia Herbs, Inc. ("Gaia Herbs") and hereby files its Notice of Removal, and, in support thereof, respectfully states the following:

## I.
## INTRODUCTION

Vitacost.com, Inc. ("Vitacost") filed its *Complaint for Damages* ("Complaint") in the 15th Judicial District Court of Palm Beach County, Florida on November 20, 2006. Gaia removes this matter to federal court based on diversity jurisdiction as defined in 28 U.S.C. § 1332(a). It does so within the 30 day period outlined in 28 U.S.C. § 1446(b).

## II
## NATURE OF LAWSUIT

In its Complaint, Vitacost alleges various alleged antitrust violations under the Florida Antitrust Act. In an unclear and confusing matter, Vitacost purportedly pleads claims of monopolization, conspiracy to monopolize, price-fixing, and unlawful resale price maintenance. It seeks both monetary damages and injunctive relief.

## III.
## DIVERSITY JURISDICTION

This lawsuit is properly removed to federal court based on diversity jurisdiction. With respect to citizenship, there is complete diversity among the parties. Vitacost is incorporated in Delaware and has its principal place of business in Florida (Complaint ¶ 2). As a corporation, it is thus a citizen of Delaware and Florida. Gaia Herbs is incorporated in Massachusetts and has its principal place of business is in North Carolina (Complaint ¶ 3). Again as a corporation, Gaia Herbs is thus a citizen of Massachusetts and North Carolina.

In its Complaint, Vitacost states that "the lawsuit is an action exceeding $15,000 exclusive of interest, costs, and attorney's fees." Vitacost does not, however, specify a particular amount of damages.

Nevertheless, it is clear that the amount in controversy in this case well exceeds $75,000. In its Complaint, Vitacost asserts various alleged antitrust violations by Gaia Herbs, including monopolization and price-fixing (Complaint ¶¶ 12-15). According to Vitacost, Gaia Herbs' alleged actions have caused it "to suffer substantial business loss or damages" that include lost sales and profits, lost customers, loss of goodwill, and "other economic loss or damage" (Complaint ¶ 17). In his declaration, Ric Scalzo, President of Gaia Herbs, states that he personally spoke with Bobby Brar and Ira Kirker of Vitacost. *See* Declaration of Ric Scalzo, attached hereto as Exhibit A, at ¶ 3. They told him Vitacost was willing to buy whatever amount of Gaia Herbs products it would take to get a 25% discount. *Id*. A 20% discount, according to Scalzo, would require annual sales of over $100,000. *Id*. Thus, the amount in controversy in this lawsuit exceeds $75,000.

2

This is especially true given that Vitacost seeks treble damages under the Florida Antitrust Act. With this treble damage multiplier, the amount in controversy will certainly exceed $75,000.

## IV.
## STATE COURT PLEADINGS

Attached as Exhibit B is a copy of the Plaintiff's Complaint. Attached as Exhibit C is a copy of the process served on Gaia Herbs. There are no state court orders or other pleadings.

## V.
## JURY DEMAND

Vitacost has made a jury demand.

## VI.
## CONCLUSION

This notice of removal complies with the requirements of the federal statue for removal based on diversity jurisdiction. The Plaintiff and Defendant are diverse in citizenship, and the amount in controversy exceeds $75,000. Based on this Court's diversity jurisdiction, the action is properly removed from state court to federal court. *Id.*

This __//__ day of December, 2006.

_____
David L. Ross
Florida Bar No. 270954

GREENBERG TRAURIG, P.A.
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0523
Facsimile: (305) 789-5373

COUNSEL FOR GAIA HERBS, INC.

3

OF COUNSEL:

Allan Van Fleet
Texas Bar No. 20494700
Paul J. Brown
Texas Bar No. 24006913
GREENBERG TRAURIG, LLP
1000 Louisiana, Suite 1800
Houston, Texas 77002
Telephone: (713) 374-3561
Facsimile:  (713) 374-3505

## CERTIFICATE OF SERVICE

     I certify that a true and correct copy of the foregoing was served on all counsel of record via certified mail, return receipt requested, on December _1_, 2006 addressed as follows:

Ira Kerker
2055 Highridge Road
Boyton Beach, Florida 33426

                                  _____
                                      David L. Ross

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

VITACOST.COM, INC.,                    §
                                       §        Civil Action No. ___ _____
        Plaintiff,                     §
                                       §
v.                                     §
                                       §
GAIA HERBS, INC.                       §
                                       §
                                       §
        Defendant.                     §

## DECLARATION OF RIC SCALZO

1.      My name is Ric Scalzo. I am over the age of 21, of sound mind and competent to make this Declaration. All of the facts set forth in this Declaration are based on my personal knowledge.

2.      I am President of Gaia Herbs, Inc. ("Gaia Herbs"). Vitacost.com, Inc. ("Vitacost") approached Gaia Herbs in early 2005 about becoming a distributor of Gaia Herbs products.

3.      I personally spoke with Bobby Brar and Ira Kirker of Vitacost, who told me that Vitacost was willing to buy whatever amount of Gaia Herbs products it would take to get a 25% discount. Gaia Herbs did not give a 25% discount on Liquid extracts and Liquid Phyto Caps to any internet retailer, and the only internet retailers getting a 20% discount on Liquid Phyto Caps and liquid extracts had annual sales of over $100,000. The only hybrid internet retailer getting a 25% discount on liquid extracts only has annual sales exceeding $75,000.

4.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on December ___7 , 2006.

                                              _____ Pres.
                                                    Ric Scalzo

## EXHIBIT A

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

VITACOST.COM, INC.,

      Plaintiff,

vs.

GAIA HERBS, INC.

      Defendant.

50 2006 CA 0 1 2 4 0 3 XXXX WB

CIVIL DIVISION CASE NO.:

AE

COPY
RECEIVED FOR FILING

NOV 2 0 2006

SHARON R. BOCK
CLERK & COMPTROLLER
CIRCUIT CIVIL DIVISION

## COMPLAINT FOR DAMAGES

Plaintiff, VITACOST.COM, INC. ("VITACOST") files this Complaint against

Defendant, GAIA HERBS, INC. ("GAIA") for money damages and injunctive relief and

in support states:

### INTRODUCTION

1. This lawsuit is an action exceeding $15,000 exclusive of interest, costs, and

attorney's fees.

2. That Plaintiff, VITACOST.COM, INC. is a Delaware corporation registered to

do business in the State of Florida and maintains its principal place of business, offices,

and warehouse facilities at 2055 High Ridge Road, Boynton Beach, Florida 33426.

Plaintiff, VITACOST is a discount retailer of dietary supplements and personal

healthcare items to the general public.

3. That Defendant, GAIA HERBS, INC. (GAIA) is a Massachusetts Corporation

registered to do business in the State of North Carolina with its principal place of

business at 108 Island Ford Road Brevard, North Carolina 28712 . Defendant, GAIA

markets and sells phyto-medicines; some of which are sold through third parties in and

EXHIBIT B

about Florida and other regions of the United States. Defendant, GAIA, has one hundred thirty-seven (137) contracted distributors within 250 miles of Palm Beach County that operate, conduct, engage in, and carry on Defendant, GAIA's business to the residents of the state of Florida by selling Defendant GAIA's products. Defendant, GAIA also has a website that markets their products for sale to the residents of Palm Beach County.

4. Defendant, GAIA, has committed acts subjecting them to the jurisdiction of the state of Florida by operating, conducting, and engaging in a business venture in the state of Florida (Florida Rules of Civil Procedure 48.193 (a)).

5. Plaintiff, VITACOST, has had communication with Defendant, GAIA, to purchase products directly from GAIA since early 2005. Defendant, GAIA, has maintained that they were not in the internet market and their board would consider Plaintiff, VITACOST's, distribution proposal.

6. Defendant, GAIA, notified Plaintiff, VITACOST, on October 25, 2006 that the sale of its products by mass market e-commerce retailers is simply not consistent with the company's fundamental business model and marketing/branding strategy. Defendant, GAIA, further notified that their sales to all e-commerce mass market retailers will cease on December 1, 2006.

7. In fact, Defendant, GAIA, is attempting to monopolize the internet market by entering into an anti-competitive relationship with the Center for Natural Healing, LLC.

8. The Center for Natural Healing, LLC is a North Carolina corporation. Defendant, GAIA, and the Center for Natural Healing, LLC are attempting to monopolize the internet market, fix the re-sale price of Gaia products and cause high prices to the residents of Palm Beach County. This conduct is not only improper, it is illegal.

## COUNT I FLORIDA ANTITRUST VIOLATIONS

9. Paragraphs 1-8 are hereby incorporated by reference.

10. The Florida Antitrust Act provides for the award of money damages against a person or party who unlawfully seeks to restrain fair competition and trade. Florida Antitrust Act, Section 542.15 et seq., of the Florida Statutes.

11. Section 542.18 prohibits any contract, combination, or conspiracy in restraint of trade.

12. Defendant, GAIA, and Natural Healing are conspiring to restrain trade in Florida by fixing the minimum price Defendant, GAIA's, products can be sold for and restraining the channels by which Defendant, GAIA's products are sold to Florida residents.

13. Section 542.19 prohibits any monopolization or attempt or conspiracy to monopolize.

14. Defendant, GAIA, alone controls the channels of distribution for their branded products. Defendant, GAIA's decision to monopolize the re-sale market in Florida by not selling its products to mass market e-retailers (See Exhibit A) will have an anti-competitive affect.

15. Every day Defendant, GAIA, is allowed to restrain trade through price fixing of its products in Florida and throughout the United States they are hurting all consumers. Re-sale price maintenance is a violation of Florida anti-trust laws.

16. As a consequence, Plaintiff, VITACOST, is entitled to an order requiring Defendant, GAIA, to sell GAIA products to Plaintiff, VITACOST.

17. As a direct and proximate result of Defendant, GAIA's attempt to restrain trade and prohibit its sale of products to Plaintiff, VITACOST, Defendant, GAIA, has

caused Plaintiff, VITACOST, to suffer substantial business loss or damages including

reasonably anticipated loss of sales and profits, loss of customers, loss of good will, and

other economic loss or damage to be established at trial.

WHEREFORE, Plaintiff, VITACOST, demands judgment against Defendant,

GAIA, under The Florida Antitrust Act for compensatory damages, treble damages,

reasonable attorney's fees and costs, as well as all other relief which the Court deems just

and proper.

## PRAYER FOR RELIEF

Plaintiff, VITACOST, requests the entry of a judgment in its favor and against

Defendant, GAIA, as follows:

A. An Order that Defendant, GAIA cannot stop selling its products to Plaintiff,

VITACOST;

B. A judgment awarding Plaintiff, VITACOST monetary damages for its lost

sales, profits, customers, and good will;

C. A judgment awarding Plaintiff, VITACOST its reasonable attorney's fees

and costs pursuant to applicable law; and

D. For such other and further relief as the Court deems appropriate.

## JURY DEMAND

Plaintiff, VITACOST, demands trial by jury of all claims and issues in this action

triable by jury.

WHEREFORE, Plaintiff prays for judgment in excess of $15,000 plus costs, interest,

and attorney's fees against Defendant, GAIA HERBS, INC. this 20th day of November

2006.

Respectfully submitted,

BY: _____

Ira Kerker,
Attorney for Plaintiff, Vitacost.com, Inc.
2055 High Ridge Road
Boynton Beach, Florida 33426
(561) 752-8888
Florida Bar #0991767

FROM : GAIA HERBS, INC.                    FAX NO. : 828 883 5975              Nov. 21 2006 05:04PM  P7

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

VITACOST.COM, INC.,                    )
                                       )    CIVIL DIVISION CASE NO.:
                                       )
                 Plaintiff,            )    2006CA012403
                                       )
Vs.                                    )
                                       )
GAIA HERBS, INC.                       )
                                       )
                 Defendant.            )
_____)

SUMMONS

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of the State of North Carolina:

         YOU ARE COMMANDED to serve this summons and a copy of the complaint in this
action on defendant, GAIA HERBS, INC.

                 **By Serving:   Richard Scalzo**
                                 **Registered Agent**
                                 **108 Island Ford Road**
                                 **Brevard, North Carolina 28712**

         Each defendant is required to serve written defenses to the complaint on *Ira Kerker,*
*Esquire,* plaintiff's attorney, whose address is 2055 High Ridge Road, Boynton Beach, Florida,
33426, within 20 days after service of this summons on that defendant, exclusive of the day of
service, and to file the original of the defenses with the clerk of this court either before service on
plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be
entered against that defendant for the relief demanded in the complaint.
                                                      NOV 2 0 2006
WITNESS my hand and official seal of said Court this _____ day of November, 2006

                          As Clerk of the Court

                          **KRISTIN BUTLER**

                          By: _____
                          As Deputy Clerk

                                            SHARON R. BOCK
                                            Clerk & Comptroller
                                            P.O. Box 4667
                                            West Palm Beach, Florida
                                            33402-4667

                                    ·

EXHIBIT C

**06-81141**

**CV-MIDDLEBROOKS**

§JS 44 (Rev. 11/05)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorney MUST Indicate All Re-filed Cases Below.**

**MAGISTRATE JUDGE JOHNSON**

### I. (a) PLAINTIFFS

VITA COST.COM, INC.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Ira Kerker, Esq.
2055 High Ridge Road
Boynton Beach, FL  33426

### DEFENDANTS

GAIA HERBS, INC.

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)    David L. Ross, Esq.
Greenberg Traurig
1221 Brickell Avenue
Miami, FL  33131

**(d)** Check County Where Action Arose: ☐ MIAMI- DADE ☐ MONROE ☐ BROWARD ☒ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☒ 4  Diversity
(Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

*WPB-06-CV81141 Dmm/Johnson*

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Re-filed- (see VI below)   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S)

(See instructions second page):

a) Re-filed Case ☐ YES ☐ NO     b) Related Cases ☐ YES ☐ NO

JUDGE _____   DOCKET NUMBER _____

### VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD _____   DATE 12/11/06

FOR OFFICE USE ONLY
AMOUNT $350.00   RECEIPT # 951412
12/12/06