UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-81141-CIV-MIDDLEBROOKS/JOHNSON

VITACOST.COM, INC.,

 Plaintiff,

vs.

GAIA HERBS, INC.,

 Defendant,

_____/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This Cause comes before the Court on Plaintiff's Notice of Dismissal Without Prejudice (DE 20). The Court has reviewed the record and is fully advised in the premises.

It is ORDERED AND ADJUDGED that Plaintiff's Notice is AFFIRMED, and this case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court shall CLOSE this case, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at West Palm Beach, FL, this 1st day of April 2007.

             DONALD M. MIDDLEBROOKS
             UNITED STATES DISTRICT JUDGE

copies to counsel of record